UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 3:98cv138

ROBERT F. BOST, et al.

    Plaintiff,
vs.

FLUOR DANIEL, INC., et al.

    Defendant

**ORDER**

FILED IN COURT ASHEVILLE, N. C. MAY 16 2005 U. S. DISTRICT COURT W. DIST. OF N. C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 16th day of MAY, 2005.

_____
United States Judge Presiding