IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98cv138

| | |
|---|---|
| VONNIE K. AGNER and wife, JUNE AGNER, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )  **JUDGMENT**<br>) |
| DANIEL INTERNATIONAL CORPORATION, f/k/a Daniel Construction company, et al. | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS ACTION** came on for trial before the Court and a jury, Honorable Lacy H. Thornburg, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' Edward H. Monroe and wife, Lisa F. Monroe take nothing, that the action be dismissed on the merits, and that the defendant Daniel International Corporation, f/k/a Daniel Construction Company recover of the plaintiffs' Edward H. Monroe and wife, Lisa F. Monroe his costs of action.

**Signed: August 2, 2005**

Lacy H. Thornburg
United States District Judge