**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **ROBERT F. BOST, and wife** | ) | |
| **MILDRED S. BOST**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **Civil No. 3:98CV198** |
| | ) | |
| **DANIEL INTERNATIONAL** | ) | |
| **CORPORATION, f/k/a Daniel** | ) | |
| **Construction Company,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **VONNIE K. AGNER, and wife,** | ) | |
| **AGNER**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **Civil No. 3:98CV220** |
| | ) | |
| **DANIEL INTERNATIONAL** | ) | |
| **CORPORATION, f/k/a Daniel** | ) | |
| **Construction Company,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

**FINAL PRETRIAL ORDER**

**THESE MATTERS** are before the Court on the responses of counsel

to the Court's letter of January 10, 2007, and subsequent orders and for

entry of a final pretrial order.

Having given consideration to the parties' submissions,

**IT IS, THEREFORE, ORDERED** that the following groups of Plaintiffs

are hereby scheduled for trial:

**MAY 21 THROUGH JUNE 1, 2007:**
 Vonnie K. Agner, and wife Jane Agner
 Guy Byrd, and wife Carol Byrd
 Irvin Gobble
 John A. Hodge
 William H. Parker
 Theloa Robinson
 Coy Shive, and wife Patricia Shive
 Franklin D. Sloop, and wife Faye T. Sloop
 Rufus Smith
 Albert Tittle, and wife Mary M. Tittle
 Jasper J. Waddell

**AUGUST 20 THROUGH AUGUST 31, 2007:**
 Arnold Crook, and wife Aulena Crook
 Cornelius Hargrove, and wife Ellen W. Hargrove
 J. Frances Holt, and wife Almeader S. Holt
 Norman Holt, and wife Betty L. Holt
 Jimmie L. Kitchen
 Donald Lindsay
 James A. Redmond, and wife Annie B. Redmond
 Jerry L. Reid, and wife Wanda L. Reid
 James Sloan, and wife Willie M. Sloan
 John H. Smith, and wife Vernie Smith

**OCTOBER 22 THROUGH NOVEMBER 1, 2007:**
 Thomas F. Barnhardt, and wife Vickie Barnhardt
 Terry W. Beeker, and wife Susan M. Beeker
 Terry J. Bond, and wife Nancy M. Bond
 James Coleman

Joe L. Ellis, and wife Annie R. Ellis
Larry W. Henderickson, and wife Doris L. Henderickson
Arthur W. Hunt, and wife Sandra H. Hunt
Ronald Kepley, and wife Annie B. Kepley
Homer W. Potts, and wife Debbie C. Potts
Glenn C. Seaford, Sr., and wife Katherine Seaford

**IT IS FURTHER ORDERED** that the following deadlines apply to each group of Plaintiffs enumerated above:

1.    Depositions of the Plaintiffs must be completed on or before **90 DAYS BEFORE TRIAL;**

2.    Plaintiffs shall provide the Defendants with any updating medical review on or before **90 DAYS BEFORE TRIAL;**

3.    All prior radiology shall be shared with the Defendants on or before **90 DAYS BEFORE TRIAL;**

4.    Any new radiology must be produced digitally;

5.    On or before **60 DAYS BEFORE TRIAL**, the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel;

6.    Reports for retained experts are due from the Plaintiffs no later than **60 DAYS BEFORE TRIAL,** and from the Defendants no later than **30 DAYS BEFORE TRIAL**;

7.    Plaintiffs shall identify any product identification or co-worker witnesses no later than **60 DAYS BEFORE TRIAL**;

8.    Discovery shall be completed no later than **30 DAYS BEFORE TRIAL**;

9.    All motions except motions *in limine* shall be filed no later than **30 DAYS BEFORE TRIAL**.

The parties are directed to consult with the other pretrial orders entered herein for matters not specifically addressed by this Order.

Signed: February 6, 2007

Lacy H. Thornburg
United States District Judge