IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| VONNIE K. AGNER, et al., | ) | File No. 3:98-CV-138T |
| | ) | |
| This document pertains to: | ) | ORDER OF DISMISSAL WITH |
| | ) | PREJUDICE |
| ARNOLD CROOK and wife AULENA CROOK; | ) | |
| JAMES SLOAN and wife, WILLIE M. SLOAN; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANIEL INTERNATIONAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the motion of Plaintiffs Arnold Crook and Aulena Crook, and James Sloan and Willie M. Sloan, and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc. (collectively "Defendants"), to dismiss this action with prejudice as to Plaintiffs' claims against Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Arnold Crook and Aulena Crook, and James Sloan and Willie M. Sloan, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic

1

Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: October 12, 2007

Lacy H. Thornburg
United States District Judge