IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBERT F. BOST, *et al.*, ) | |
| ) | |
| This document pertains to: ) | |
| ) | |
| JASON E. FREEZE and wife, PEGGY J. ) | File No. 3:98-CV-138-T |
| FREEZE, ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| Plaintiffs, ) | **PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| DANIEL INTERNATIONAL ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc. (collectively "Defendants"), to dismiss this action with prejudice as to Plaintiffs' claims against Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Jason E. Freeze and wife Peggy J. Freeze, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems

1

Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: June 17, 2008

Lacy H. Thornburg
United States District Judge