# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VONNIE K. AGNER, et al., ) | File No. 3:98-CV-138-T |
| ) | |
| This document pertains to: ) | |
| ) | |
| JOHN CHRISTENBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANIEL INTERNATIONAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the motion of the captioned Plaintiff and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss his claims with prejudice as to those named Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs John Christenberry and wife, Mattie C. Christenberry, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: August 5, 2008

Lacy H. Thornburg
United States District Judge