# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **VONNIE K. AGNER, et al.,** ) | File No. 3:98-CV-138T |
| ) | |
| ) | |
| **This document pertains to:** ) | |
| ) | |
| **ROBERT L. GODBEY,** ) | |
| **DAVID T. HODGES,** ) | |
| **WILLIAM M. HONEYCUTT,** ) | |
| **JAMES T. KNIGHT,** ) | |
| **THOMAS G. LOGAN,** ) | |
| **MILDRED S. OSTWALT,** ) | |
| **HOMER W. POTTS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **DANIEL INTERNATIONAL** ) | |
| **CORPORATION,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the motion of the captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to said Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Robert L. Godbey and Sarah B.

Godbey; David T. Hodges and Vicky Hodges; William M. Honeycutt and Nell W. Honeycutt; James T. Knight and Nancy M. Knight; Thomas G. Logan and Helen Logan; Mildred S. Ostwalt; Homer W. Potts and Debbie C. Potts, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: October 23, 2008

Lacy H. Thornburg
United States District Judge