# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **VONNIE K. AGNER, et al.,** ) | |
| ) | |
| **This document pertains to:** ) | |
| ) | |
| **LEON WILSON, JR.,** ) | File No. 3:98-CV-138T |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **DANIEL INTERNATIONAL** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiff and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to the named Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Leon Wilson, Jr. against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 20, 2009

Lacy H. Thornburg
United States District Judge