# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **VONNIE K. AGNER, et al.,** ) <br> ) <br> **This document pertains to:** ) <br> ) <br> **ROBERT FRANKLIN BOST,** ) <br> **MOREE G. GRANFORD,** ) <br> **SALLIE ELLIS HOLT,** ) <br> **MARTHA BASINGER PARKER,** ) <br> **JOHN ALFRED PHELPS,** ) <br> **WILBERT TORRENCE, SR.,** ) <br> **MARY WINECOFF,** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br>       vs. ) <br> ) <br> **DANIEL INTERNATIONAL** ) <br> **CORPORATION, et al.,** ) <br> ) <br>       **Defendants.** ) | File No. 3:98-CV-138T |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to the named Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Robert Franklin Bost and Mildred

S. Bost; Moree G. Granford and Robert L. Granford; Sallie Ellis Holt; Martha Basinger Parker and Harvey A. Parker, Jr.; John Alfred Phelps and Jettie M. Phelps; Wilbert Torrence, Sr. and Barbara Torrence; and Mary Winecoff and Robert T. Winecoff, against the defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 20, 2009

Lacy H. Thornburg
United States District Judge