1.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VONNIE K. AGNER, et al., )<br>)<br>This document pertains to: )<br>)<br>MAURICE J. SALEEBY, )<br>JOHN WESLEY RIDENHOUR, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DANIEL INTERNATIONAL )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | File No. 3:98-CV-138T |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the motion of the captioned Plaintiffs and Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division, Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., to dismiss this action with prejudice as to those Defendants.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Maurice Saleeby and wife, Susan Saleeby, and John Wesley Ridenhour and wife, Peggy T. Ridenhour, against the Defendants Daniel International Corporation, f/k/a Daniel Construction Company; Fluor Enterprises, Inc., f/k/a Fluor Daniel, Inc.; Strategic Organization Systems Environmental Engineering Division,

Inc., f/d/b/a SOS International, Inc. and SOS Environmental, Inc., are hereby **DISMISSED**

**WITH PREJUDICE**.

    Entry of this Order closes this matter as to all parties.

Signed: February 10, 2009

Lacy H. Thornburg
United States District Judge